IN THE UNITED STATES DISTRICT COURT
FOR THE WESTERN DISTRICT OF NORTH CAROLINA
CHARLOTTE DIVISION
3:16-CV-533-GCM

| HOME RESPIRATORY, INC., | ) | |
|---|---|---|
| and | ) | |
| JAMES A. BERRYHILL, | ) | |
| Plaintiffs, | ) | |
| v. | ) | ORDER |
| | ) | |
| VISIONARY HEALTHWARE, LLC, | ) | |
| et al, | ) | |
| Defendants. | ) | |
| | ) | |

**THIS MATTER IS BEFORE THE COURT** on the Motion for Admission *Pro Hac Vice* concerning **Thomas Paul Gorman,** filed July 6, 2016 [doc. # 3].

Upon review and consideration of the Motion, which was accompanied by submission of the necessary fee, the Court hereby <u>grants</u> the motion.

In accordance with Local Rule 83.1 (B), Mr. Gorman is admitted to appear before this court *pro hac vice* on behalf of Defendant, CompuGroup Medical, Inc..

**IT IS SO ORDERED.**

Signed: July 8, 2016

Graham C. Mullen
United States District Judge