IN THE UNITED STATES DISTRICT COURT
FOR THE WESTERN DISTRICT OF NORTH CAROLINA
CHARLOTTE DIVISION
Civil Action No. 3:16-cv-00533-GCM

| | |
|---|---|
| HOME RESPIRATORY, INC. and<br>JAMES A. BERRYHILL,<br><br>    Plaintiffs,<br><br>v.<br><br>VISIONARY HEALTHWARE, LLC,<br>COMPUGROUP MEDICAL, INC., and<br>COMPUGROUP MEDICAL AG,<br><br>    Defendants. | VOLUNTARY DISMISSAL |

    The Plaintiffs, through their undersigned attorney of record, hereby give notice of voluntary dismissal <u>without prejudice</u> of this action, pursuant to Rule 41(a)(1)(i) of the North Carolina Rules of Civil Procedure and pursuant to Rule 41(a)(1)(A)(i) of the Federal Rules of Civil Procedure.

    This 29th day of July, 2016.

                                          s/ Ronald H. Cox
                                          Ronald H. Cox, Attorney for the Plaintiffs
                                          N.C. State Bar No. 9177
                                          roncox@carolina.rr.com
                                          2501 Foxmoor Drive
                                          Monroe, NC 28110
                                          Cell Telephone:    (704) 909-9100
                                          Office Telephone:  (704) 283-4900
                                          Facsimile:          (704) 226-1104

1

Case 3:16-cv-00533-GCM Document 12 Filed 07/29/16 Page 1 of 2

Case 3:16-cv-00533-GCM   Document 12   Filed 07/29/16   Page 1 of 2

## CERTIFICATE OF SERVICE

The undersigned certifies that the foregoing **VOLUNTARY DISMISSAL** was served upon Defendants' counsel of record by depositing a copy of same in the United States Mail, with sufficient postage attached thereto, addressed as follows:

John P. Carroll
Jennifer M. Houti
600 South College Street
Charlotte, North Carolina 28202

Matthew C. Moschella
Thomas P. Gorman
SHARON AND LODGEN LLP
101 Federal Street
Boston, MA 02110

This 29th day of July, 2016.

s/ Ronald H. Cox
Ronald H. Cox, Attorney for the Plaintiffs
N.C. State Bar No. 9177
roncox@carolina.rr.com
2501 Foxmoor Drive
Monroe, NC 28110
Cell Telephone:     (704) 909-9100
Office Telephone:   (704) 283-4900
Facsimile:          (704) 226-1104

2